UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-02858-KK-MAAx** | Date: | December 16, 2025 |
|---|---|---|---|
| Title: | *Justin Olivar v. Resurgent Capital Services LP et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): Attorney(s) Present for Defendant(s):

None Present                          None Present

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice

On October 31, 2025, the Court issued an Order denying plaintiff Justin Olivar's ("Plaintiff") request to proceed in forma pauperis and requiring Plaintiff to pay the filing fee in full within 30 days. ECF Docket No. ("Dkt.") 8. Accordingly, Plaintiff was to pay the filing fee by November 30, 2025. Plaintiff was expressly advised failure to comply would result in this action being dismissed without prejudice. Id. To date, Plaintiff has not paid the required filing fee.

Accordingly, the instant action is DISMISSED WITHOUT PREJUDICE. (JS-6)

**IT IS SO ORDERED**.